**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Alfredo RODRIGUEZ, Jr.,
Defendant–Appellant.**

**No. 09–40108
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

Texas, Houston, TX, for Defendant–Appellant.

Timothy J. McCoy, Corpus Christi, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Alfredo Rodriguez, Jr., raises arguments that are foreclosed by *United States v. Jimenez*, 323 F.3d 320, 322 (5th Cir. 2003), which upheld the constitutionality of 18 U.S.C. § 2119 as a valid exercise of Congress's Commerce Clause powers. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

